**Order entered June 13, 2022**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-01011-CR

**VANESSA ELAINE HERNANDEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 5
Collin County, Texas
Trial Court Cause No. 005-81342-2021**

### ORDER

Before the Court is appellant's June 5, 2022 third motion for an extension of time to file her brief. In the motion, appellant asks for an additional thirty days to file her brief because portions of the record appear to be missing. On the same day that appellant filed her motion, the Collin County District Clerk filed a supplemental clerk's record containing documents filed in this case from December 9, 2021 to March 22, 2022.

We **GRANT** the motion. We **ORDER** court reporter Kimberly Tinsley and/or court reporter Crystal Cannon to file, **WITHIN TEN DAYS OF THE DATE OF THIS ORDER**, either (1) a supplemental reporter's record of the November 12, 2021 hearing on appellant's motion to reconsider or (2) written verification that no hearing was reported.

We **ORDER** appellant's brief due by July 21, 2022.

We **DIRECT** the Clerk to send copies of this order to the Honorable Dan Wilson, Presiding Judge, County Court at Law No. 5; court reporter Kimberly Tinsley, official court reporter, County Court at Law No. 5; court reporter Crystal Cannon, substitute court reporter, County Court at Law No. 5; and counsel for all parties.

/s/   BILL PEDERSEN, III
      JUSTICE